PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Sladen Spencer  Case Number: 3:11-00021-01

Name of Judicial Officer: The Honorable Lawrence L. Piersol, U. S. District Judge, District of South Dakota, jurisdiction transferred January 20, 2011, to The Honorable Todd J. Campbell, U. S. District Judge

Date of Original Sentence: June 16, 2008

Original Offense: 18 U.S.C. § 1343 & 2, Wire Fraud and Aiding and Abetting

Original Sentence: 5 years' probation

Type of Supervision: Probation  Date Supervision Commenced: June 16, 2008

Assistant U.S. Attorney: to be determined  Defense Attorney: to be determined

**THE COURT ORDERS:**

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ **Allowed to terminate from supervision still owing restitution.**

Considered this 6 day of March, 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place  Columbia, Tennessee

Date  March 4, 2013

ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.              **The defendant shall make restitution payments of $19,192.26, at the rate of $150.00 per month:**

   Mr. Spencer has made his monthly payments as ordered by the Court.

**Compliance with Supervision Conditions and Prior Interventions:**

Sladen Spencer has paid $13,800.00. He is currently 3 payments behind due to taking care of his grandmother and having to change jobs but he has devised a plan to catch up prior to the expiration of his term of supervised release. His term of supervised release is set to expire on June 15, 2013.

**U.S. Probation Officer Recommendation:**

Mr. Spencer has paid as instructed by the Court to the best of his ability. It is recommended he be allowed to terminate from supervision still owing restitution. If he does not continue to make appropriate payments after his supervision expires, the U.S. Attorney's Office may garnish his income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer